COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        StarNet Insurance Company v. RiceTec, Inc.

Appellate case number:    01-18-00536-CV

Trial court case number:    94416-CV

Trial court:                        239th District Court of Brazoria County, Texas

StarNet Insurance Company filed a petition for permissive appeal of the interlocutory "Order granting Plaintiff RiceTec, Inc.'s Amended Traditional Motion for Summary Judgment on the Duty to Defend and denying StarNet's Motion for Summary Judgment on the Duty to Defend." TEX. R. APP. P. 28.3(a). This Court's Order granted StarNet's unopposed motion to extend the time to file its petition and requested a response. *See* TEX. R. APP. P. 28.3(d), (f), (j). Ricetec filed a response stating that it is unopposed to the petition and, if granted, it will file a brief on the merits. *See* TEX. R. APP. P. 28.3(f).

The trial court's interlocutory order identified a controlling question of law that may materially advance the ultimate termination of the litigation and granted permission to appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d) (West 2014); *see also* TEX. R. CIV. P. 168. Accordingly, after reviewing the petition, the Court **GRANTS** the petition. *See* TEX. R. APP. P. 28.3(e), (j), (k). StarNet is deemed to have filed a notice of appeal as of the date of this Order, this appeal is governed by the rules for accelerated appeals, and a separate notice of appeal need not be filed. *See* TEX. R. APP. P. 26.1(b), 28.3(k). The appellate records are due **within 10 days of the date of this order**. *See* TEX. R. APP. P. 35.1(b). The Clerk of this Court is instructed to file a copy of this order with the district clerk. *See* TEX. R. APP. P. 28.3(k).

It is so ORDERED.

Judge's signature: __/s/ Justice Evelyn V. Keyes_____
                            x  Acting for the Court
Panel consists of Justices Keyes, Higley, Landau.
Date: __March 14, 2019____